# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Burkhardt, Jill L. | United States District Court, Southern District of Californi | 05/15/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| full-time Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

221 W. Broadway, Suite 5140
San Diego, CA 92101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 05/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | The Crosby, Salary |
| 2. | 2014 | Artful Chefs, Salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | E. Hiramatsu | Time-share stay | $2,450.00 |
| 2. | Javelin Web and Media | National Association of Women Judges Conference | $525.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | UC Davis | Tuition, fees etc. | K |
| 2. | Northern Arizona University | Tuition, fees etc. | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust # 1 (H) | | | | | | | | | |
| 2. - Rental Property, San Diego, CA | D | Rent | M | W | | | | | |
| 3. Cabrillo Federal Credit Union account | A | Interest | N | T | | | | | |
| 4. Charles Scwab checking account | | None | J | T | | | | | |
| 5. Loan to Jim Kirlin, secured by real property | D | Interest | | | Redeemed | 08/21/14 | J | | |
| 6. Edward Jones - Roth #1 (H) | | | | | | | | | |
| 7. - cash | A | Interest | J | T | | | | | |
| 8. - iShares S&P 500 Index (IVV) (mutual fund) | A | Dividend | J | T | | | | | |
| 9. Edward Jones - Roth #2 (H) | | | | | | | | | |
| 10. -cash | A | Interest | J | T | | | | | |
| 11. -F (common stock) | A | Dividend | J | T | | | | | |
| 12. -MGM (common stock) | A | Dividend | J | T | | | | | |
| 13. -TGT (common stock) | A | Dividend | J | T | | | | | |
| 14. -AAL (common stock) | | None | J | T | Buy | 05/21/14 | J | | |
| 15. Edward Jones - IRA #1 (H) | | | | | | | | | |
| 16. -cash | A | Interest | K | T | | | | | |
| 17. -BA (common stock) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -CSCO (common stock) | A | Dividend | J | T | | | | | |
| 19. -CVX (common stock) | A | Dividend | K | T | Buy (add'l) | 12/16/14 | J | | |
| 20. -ITC (common stock) | A | Dividend | J | T | | | | | |
| 21. -JCI (common stock) | A | Dividend | J | T | | | | | |
| 22. -KMP (commons stock) | B | Dividend | | | Redeemed (part) | 12/02/14 | J | A | |
| 23. | | | | | Sold (part) | 12/02/14 | J | A | |
| 24. -KMI (common stock) | | | K | T | Buy | 12/02/14 | J | | |
| 25. -PM (common stock) | A | Dividend | | | Sold | 07/15/14 | K | A | |
| 26. -QCOM (common stock) | A | Dividend | K | T | | | | | |
| 27. -T (common stock) | A | Dividend | J | T | | | | | |
| 28. -TGT (common stock) | A | Dividend | J | T | | | | | |
| 29. -WFM (common stock) | A | Dividend | | | Sold | 10/14/14 | K | C | |
| 30. -Core S&P 500 ETF | A | Dividend | K | T | Buy | 10/20/14 | J | | |
| 31. Edward Jones - IRA #2 (H) | | | | | | | | | |
| 32. -cash | A | Interest | J | T | | | | | |
| 33. -BRKB (common stock) | | None | L | T | | | | | |
| 34. -NVS (common stock) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -UPS (common stock) | A | Dividend | J | T | | | | | |
| 36. Edward Jones - IRA #3 (H) | | | | | | | | | |
| 37. -Advisory Account (managed account) (H) | | | | | | | | | |
| 38. --Ishares Msci Eafe Small Cap ETF | A | Dividend | J | T | Buy (add'l) | 12/18/14 | J | | |
| 39. --Ishares Core US Aggregate Bond ETF (formerly Core Total US Bond) | A | Dividend | J | T | Buy (add'l) | 01/07/14 | J | | |
| 40. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 41. --Ishares Russ Mc Growth ETF | A | Dividend | J | T | | | | | |
| 42. --Ishares Russ Mc Value ETF | A | Dividend | J | T | | | | | |
| 43. --Ishares Russ 1000 Growth ETF | A | Dividend | K | T | | | | | |
| 44. --Ishares Russ 1000 Value ETF | A | Dividend | J | T | | | | | |
| 45. --Ishares Russ 2000 ETF | A | Dividend | J | T | | | | | |
| 46. --Ishares S & P 500 Growth ETF | A | Dividend | K | T | | | | | |
| 47. --Ishares Msci Eafe Growth ETF | A | Dividend | J | T | Buy (add'l) | 12/18/14 | J | | |
| 48. --Ishares Msci Eafe Value ETF | A | Dividend | K | T | Buy (add'l) | 07/14/14 | J | | |
| 49. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 50. | | | | | Buy (add'l) | 09/26/14 | J | | |
| 51. | | | | | Buy (add'l) | 10/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/10/14 | J | | |
| 53. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 54. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 55. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 56. --Spdr Dow Jones Indust Ave ETF | A | Dividend | J | T | | | | | |
| 57. --Spdr S&P Dividend ETF | A | Dividend | J | T | | | | | |
| 58. --Vanguard High Dividend Yield ETF | A | Dividend | K | T | | | | | |
| 59. --Vanguard Ftse All-World Exus ETF | A | Dividend | J | T | Buy (add'l) | 12/18/14 | J | | |
| 60. --Vanguard Ttl Bond Market ETF | A | Dividend | K | T | Buy (add'l) | 01/07/14 | J | | |
| 61. | | | | | Buy (add'l) | 03/14/14 | J | | |
| 62. | | | | | Buy (add'l) | 04/25/14 | J | | |
| 63. | | | | | Buy (add'l) | 06/19/14 | J | | |
| 64. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 65. | | | | | Buy (add'l) | 12/08/14 | J | | |
| 66. --Capital World Bond Fund | A | Dividend | J | T | Buy (add'l) | 12/18/14 | J | | |
| 67. --Dreyfus Bond Market Index | A | Dividend | K | T | Buy (add'l) | 01/07/14 | J | | |
| 68. | | | | | Buy (add'l) | 07/14/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --JP Morgan High yield | A | Dividend | J | T | Buy (add'l) | 12/18/14 | J | | |
| 70. --JP Morgan Fed Money Market | A | Dividend | J | T | | | | | |
| 71. --Lm Bw Blbl Oppts Bd Fd Cl I | A | Dividend | J | T | Buy (add'l) | 03/21/14 | J | | |
| 72. Edward Jones - IRA #4 (H) | | | | | | | | | |
| 73. -Advisory Account (managed account) (H) | | | | | | | | | |
| 74. --JP Morgan Fed Money Market | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 75. --Ishares Msci Eafe Small Cap | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 76. --Ishares Core U.S. Aggregate | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 77. --Ishares Russ Mc Growth | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 78. --Ishares Russ Mc Value | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 79. | | | | | Sold (part) | 10/29/14 | J | A | |
| 80. --Ishares Russ 1000 Growth | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 81. --Ishares Russ 1000 Value | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 82. --Ishares Russ 2000 | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 83. --Ishares S&P 500 Growth | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 84. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 85. --Ishares Msci Eafe Growth | A | Dividend | J | T | Buy | 10/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Ishares Msci Eafe Value | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 87. --Spdr Dow Jones Indust. Ave. | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 88. --Spdr S&P Dividend | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 89. --Vanguard High Div. Yield | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 90. --Vanguard Ftse All World Exus | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 91. --Vanguard Ttl Bond Market | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 92. Other #1 (Previously "Edward Jones - Other") (H) | | | | | | | | | |
| 93. -cash | A | Interest | J | T | | | | | |
| 94. -Fidelity Advisor Strategic Income A (FSTAX) (mutual fund) | A | Dividend | K | T | | | | | |
| 95. -Invesco Intermediate Term Municipal Income (VKLMX) (mutual fund) | A | Dividend | K | T | | | | | |
| 96. -iShares Select Dividend ETF (DVY) (mutual fund) | A | Dividend | K | T | | | | | |
| 97. -iShares MSCI BRIC ETF (BKF) (mutual fund) | A | Dividend | K | T | | | | | |
| 98. Other #2 (previously called IRA #4) (H) | | | | | | | | | |
| 99. -Money Market | | | L | T | | | | | |
| 100. -WDC (common stock) | A | Dividend | J | T | | | | | |
| 101. -Chula Vista bond | A | Interest | K | T | Buy | 12/02/14 | K | | |
| 102. -Advisory Account (managed account) (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Ishares MSCI EAFE Small Cap ETF | A | Dividend | J | T | Sold (part) | 03/21/14 | J | A | |
| 104. -- Ishares Russ Mc Growth ETF | A | Dividend | J | T | Sold (part) | 03/21/14 | J | A | |
| 105. --Ishares Russ Mc Value ETF | A | Dividend | J | T | Sold (part) | 03/21/14 | J | A | |
| 106. --Ishares Russ 1000 Growth ETF | A | Dividend | J | T | Sold (part) | 03/21/14 | J | A | |
| 107. | | | | | Buy (add'l) | 04/28/14 | J | | |
| 108. --Ishares Russ 1000 Value ETF | A | Dividend | J | T | Sold (part) | 03/21/14 | J | A | |
| 109. --Ishares Russ 2000 ETF | A | Dividend | J | T | Sold (part) | 03/21/14 | J | A | |
| 110. --Ishares S & P 500 Growth ETF | A | Dividend | J | T | Sold (part) | 03/21/14 | J | A | |
| 111. --Ishares Msci Eafe Growth ETF | A | Dividend | J | T | Sold (part) | 03/21/14 | J | A | |
| 112. --Ishares Msci Eafe Value ETF | A | Dividend | J | T | Sold (part) | 03/21/14 | J | A | |
| 113. | | | | | Buy (add'l) | 10/10/14 | J | | |
| 114. | | | | | Buy (add'l) | 12/22/14 | J | | |
| 115. -- Spdr Dow Jones Indust Ave ETF | A | Dividend | J | T | Sold (part) | 03/21/14 | J | A | |
| 116. --Spdr S&P Dividend ETF | A | Dividend | J | T | Sold (part) | 03/21/14 | J | A | |
| 117. --Vanguard High Dividend Yield ETF | A | Dividend | J | T | Sold (part) | 03/21/14 | J | A | |
| 118. --Vanguard Ftse All-World Exus ETF | A | Dividend | J | T | Buy (add'l) | 03/21/14 | J | | |
| 119. --Vanguard Ttl Bond Market ETF | A | Dividend | J | T | Buy (add'l) | 01/17/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 03/21/14 | J | | |
| 121. | | | | | Buy (add'l) | 04/07/14 | J | | |
| 122. | | | | | Buy (add'l) | 07/08/14 | J | | |
| 123. --Capital World Bond Fund | A | Dividend | J | T | Buy (add'l) | 03/21/14 | J | | |
| 124. --Dreyfus Bond Market Index | A | Dividend | J | T | Buy (add'l) | 03/21/14 | J | | |
| 125. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 126. --JP Morgan High Yield | A | Dividend | J | T | Buy (add'l) | 03/21/14 | J | | |
| 127. --JP Morgan Fed Money Market | A | Dividend | J | T | | | | | |
| 128. --Ishares Core US Aggregate ETF (formerly Core Total US Bond) | A | Dividend | J | T | Buy (add'l) | 03/21/14 | J | | |
| 129. --LM Bw Global Oppts Bd Fund Cl | A | Dividend | J | T | Buy (add'l) | 03/21/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SectionVII, entry 5 - The income is repored on this form as "interest" but it is actually repayment of principal. The remainder of the principal was paid off during this reporting period, which, for lack of a better choice, I characterized as as the loan being "redeemed." No interest was charged; only principal was repaid.

Section VII -- Five assets were reported on my Initial Report which were sold in 2013. Those assets were APPL (common stock), O (common stock) DWS US Bond Index, Oppenheimer Intl Bond Fund, and COL shrt Dur USDG (government bond fund). APPL, O, and COL shrt Dur USDG were listed as "assets" with zero value at the time of the Initial Report. DWS US Bond Index and Oppenheimer Intl Bond Fund were erroneously listed WITH values, although they actually had been sold. As those five assets were not in my possession during the reporting period for this report (January 1, 2014 through December 31, 2014), they do not appear on this report.

Section VII - Ishares Core US Bond Market changed its name to Ishares Core US Aggregate on May 31, 2014.

Section VII, entries 22-24 - as a result of a merger, most of the KMP stock was redeemed for KMI stock; the remainder was cashed out.

Part VII, entries 70, 74 and 127 - These entries for JP Morgan Fed Money Market are not new acquisitions and should have appeared in the Initial Report.

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 05/15/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jill L. Burkhardt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544